Anthony S. STASIO et al.

v.

Vincent J. CARCIERI et al.

No. 81–37–M.P.

Supreme Court of Rhode Island.

Feb. 19, 1981.

Vincent F. Ragosta, Jr., Providence, for petitioners.

Thomas C. Plunkett, Providence, John J. Finan, Jr., Pawtucket, for respondents.

ORDER

The petition for writ of certiorari is denied.

STATE

v.

Michael BALLARD.

No. 80–341–C.A.

Supreme Court of Rhode Island.

Feb. 19, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John A. MacFadyen III, Barbara Hurst, Asst. Public Defenders, for defendant.

ORDER

The defendant's request to represent himself in the prosecution of this appeal is assigned to the motion calendar for hearing for Thursday, March 5, 1981 and defendant shall be brought before this court on that date in order that his request may be heard and decided.

TOWN OF GLOCESTER

v.

Alfred TILLINGHAST et al.

No. 81–26–M.P.

Supreme Court of Rhode Island.

Feb. 19, 1981.

Robert G. Flanders, Town Sol., Glocester, Edwards & Angell, William R. Landry, Providence, for petitioner.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Frederick G. Cass, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.